# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION


VIKKI MITCHELL                                                    PLAINTIFF


VS.                                    CASE NO. 3:17CV00320 PSH


NANCY A. BERRYHILL, Acting Commissioner,
    Social Security Administration                          DEFENDANT


## ORDER


      Plaintiff Vikki Mitchell's motion for an extension of time in which to file her brief

(docket entry no. 12) is granted, and she is directed to submit her brief on or before April 30,

2018. The defendant's reply brief should be filed 42 days after the submission of plaintiff's

brief.

      IT IS SO ORDERED this 26 day of March, 2018.


_____
UNITED STATES MAGISTRATE JUDGE