# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

VIKKI LOU MITCHELL                                                                 PLAINTIFF

VS.                                    CASE NO. 3:17CV00320 PSH

NANCY A. BERRYHILL, Acting Commissioner,
   Social Security Administration                                        DEFENDANT

## JUDGMENT

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 3rd day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE